

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| AARON DOUGLAS<br>  a/k/a "Poodie"<br>  a/k/a "Pootie" | :<br><br>:<br><br>: | VIOLATION:<br>18 U.S.C. § 922(a)(1)(A) (willfully dealing in firearms without a license – 1 count)<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 3 counts)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about January 13, 2023, through April 10, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AARON DOUGLAS,**
**a/k/a "Poodie,"**
**a/k/a "Pootie,"**

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 13, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AARON DOUGLAS,**
a/k/a "Poodie,"
a/k/a "Pootie,"

knowing he had previously been convicted in the United States District Court of the Eastern District of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, model SW9VE, 9mm caliber semi-automatic pistol, bearing serial number PBU0040, loaded with 5 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 15, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AARON DOUGLAS,**
a/k/a "Poodie,"
a/k/a "Pootie,"

knowing he had previously been convicted in the United States District Court of the Eastern District of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Beretta, model APX, 9mm caliber semi-automatic pistol, bearing serial number AXC042796, loaded with 6 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

3

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 10, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AARON DOUGLAS,**
a/k/a "Poodie,"
a/k/a "Pootie,"

knowing he had previously been convicted in the United States District Court of the Eastern District of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock, model 47, 9mm caliber semi-automatic pistol with an obliterated serial number, loaded with 6 live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(a)(1)(A) and 922(g)(1) set forth in this indictment, defendant

**AARON DOUGLAS,**
a/k/a "Poodie,"
a/k/a "Pootie,"

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such violations, including:

1. a Smith & Wesson, model SW9VE, 9mm caliber semi-automatic pistol, bearing serial number PBU0040;

2. a Beretta, model APX, 9mm caliber semi-automatic pistol, bearing serial number AXC042796;

3. a Glock, model 47, 9mm caliber semi-automatic pistol with an obliterated serial number; and

4. seventeen live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No._____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

v.

## AARON DOUGLAS,
a/k/a "Poodie"
a/k/a "Pootie"

### INDICTMENT

18 U.S.C. § 922(a)(1)(A) (willfully dealing in firearms without a license – 1 count);
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 3 counts);
Notice of forfeiture

A true bill.

███████████████████

Filed in open court this 6th day,
Of July A.D. 20 23

Foreperson

Bail, $_____