IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 23-286 |
| | : | |
| AARON DOUGLAS | : | |

## ORDER

**AND NOW**, this 24ᵗʰ day of June 2025, upon considering Defendant's pro se Motion to vacate his sentence under 28 U.S.C. § 2255 (ECF 47), the United States' Response (ECF 49), for reasons in today's accompanying Memorandum, and for good cause, it is **ORDERED** we:

1.  **DISMISS** and **DENY** the Petition for habeas relief (ECF 47);

2.  **FIND** no need for an evidentiary hearing or a certificate of appealability; and,

3.  **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.